```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

**BARBARA GRIFFITHS**                                         CIVIL ACTION

**VERSUS**                                                    NO. 18-6942

**AETNA LIFE INSURANCE**                                      SECTION "B"(3)
**COMPANY**

### ORDER OF DISMISSAL AND JUDGMENT

Considering "Plaintiff's Unopposed Motion to Dismiss with Prejudice"(Rec. Doc. 5),

**IT IS ORDERED** that the subject motion is **GRANTED.** Accordingly,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that final judgment is hereby entered dismissing with prejudice Plaintiff's claims against Defendant Aetna Life Insurance Company, with each party bearing their own respective costs, fees and expenses.

New Orleans, Louisiana, this 11th day of October, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE